## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS AT KANSAS CITY

| | |
|---|---|
| In Re: ) ) Dennis Jordan Autry, Jr., and Darlene Elizabeth Autry ) *Debtors* ) ) MTGLQ Investors, L.P., by Rushmore Loan Management ) Services, LLC, loan servicing agent for *Creditor* ) ) vs. ) ) Dennis Jordan Autry, Jr. and Darlene Elizabeth Autry, *Debtors* ) ) and ) ) William H. Griffin, *Trustee* ) | Case No. 17-21290-rdb Chapter: 13 |

### MOTION FOR ORDER ALLOWING SECURED PROOF OF CLAIM TO BE FILED OUT OF TIME

COMES NOW MTGLQ Investors, L.P., by Rushmore Loan Management Services, LLC, its successors or assigns, ("Creditor"), in support of its motion, states as follows:

1. On October 17, 2005, Dennis Jordan Autry, Jr., and Darlene Elizabeth Autry executed a promissory note (the "Note") in the principal sum of $, for a residence commonly known as 634 East Bluebird Street, Gardner, KS 66030. A copy of the promissory note is attached hereto and made a part hereof by reference, marked for identification as "Exhibit A".

2. Contemporaneously with the execution of the Note, a mortgage (the "Mortgage") was executed to secure repayment of the Note. The Mortgage was recorded in the Register of Deeds of Johnson County, KS, on October 18, 2005, in Book No. 200510, at Page 007012. A copy of the Mortgage is attached and made a part by reference, marked for identification as "Exhibit B".

3. Creditor is entitled to enforce the Note and the Mortgage.

4. Debtor(s) Plan was confirmed on 9/21/2017. Creditor was listed as a secured creditor in the Plan.

5. Creditor attaches its proposed secured proof of claim on property secured by virtue of the lien on the real property.

6. Due to mistake and excusable neglect, Creditor failed to timely file its proof of claim prior to the established bar date.

7. Creditor will be severely prejudiced and not adequately protected if it is not allowed to participate in Debtor(s) Chapter 13 Plan.

**WHEREFORE**, Creditor, its successors or assigns, prays for an order allowing its secured Proof of Claim to be filed out of time, so that the Trustee may disburse payments to Creditor per the terms of Debtor(s) confirmed Chapter 13.

SOUTHLAW, P.C.
_____*s/ Lisa C Billman*_____
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Lisa C. Billman (MBE #64535, KS #25177)
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

## CERTIFICATE OF MAILING/SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was filed electronically on this May 11, 2018 with the United States Bankruptcy Court for the District of Kansas , and shall be served on the parties in interest via email by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

Dennis Jordan Autry, Jr.
Darlene Elizabeth Autry
634 East Bluebird Street
Gardner, KS 66030
**DEBTOR**

Sarah A. Sypher
Sypher Law, LLC
11011 King Street, Suite 220
Overland Park, KS 66210
**ATTORNEY FOR DEBTOR**

William H. Griffin
5115 Roe Blvd., Ste. 200
Roeland Park, KS 66205-2393
**TRUSTEE**

Office of the United States Trustee
301 North Main, Suite 1150
Wichita, KS 67202
**U.S. TRUSTEE**

SOUTHLAW, P.C.
  *s/ Lisa C Billman*
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Lisa C. Billman (MBE #64535, KS #25177)
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 183323
Case No: 17-21290-rdb

File No. 183323
Case No: 17-21290-rdb