Form odefo  (Revised 06/2017)

## United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse  
500 State Avenue  
Kansas City, KS 66101

| | |
|---|---|
| Case Number: 17−21290 | Chapter: 13 |

In re:

Dennis Jordan Autry Jr.  
634 East Bluebird Street  
Gardner, KS 66030

Darlene Elizabeth Autry  
634 East Bluebird Street  
Gardner, KS 66030

SSN: xxx−xx−4133

SSN: xxx−xx−2942

**ORDER TO CORRECT DEFECTIVE DOCUMENT(S)**

**Filed and Entered By The Court**  
**5/14/18**  
**David D. Zimmerman**  
**Clerk of Court**  
**US Bankruptcy Court**

The following document was filed in this matter and is defective for the following reason(s):

*38* – Motion to File Motion for order to Allow Proof of Claim to be filed Out of Time Out of Time Filed on behalf of Creditor Rushmore Loan Management Services LLC (Attachments: # 1 POC pkg), with Certificate of Service.(Billman, Lisa)

**The motion needs to be noticed with obj deadline unless you have an agreed order.**

The Court will take no further action and no hearing will be scheduled until the filer corrects the above−described deficiency.

The filer is ordered to correct all deficiencies listed above within fourteen (14) days of the date of this order. Failure to timely comply will result in this matter being set on the Court's show cause docket or denied, in the Court's sole discretion, without further notice.

It is so ORDERED.

Document 39 − 38

s/ Robert D. Berger  
Judge, United States Bankruptcy Court