## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

**IN RE:**

Dennis Jordan Autry, Jr.
Darlene Elizabeth Autry
           Debtors,                       Case No: 17-21290-13

### TRUSTEE'S OBJECTION TO CLAIM NO. 6
### OF SN Servicing

**COMES NOW**, W.H. Griffin, Trustee, and objects to the allowance of the above claim as filed and recommends to the Court said claim be treated as follows:

Allowed as described herein for the following reason:

The Trustee also disbursed $11,434.68 toward pre petition and post petition arrears. The claim has been reset to amounts disbursed by the Trustee prior to the plan being amended to surrender the collateral to creditor.
No further funds are to be disbursed on this debt through the Chapter 13 Plan.

As a ARREARS claim in the amount of $12,777.83 Principal and $0.00 Interest.

As a ONGOING MORTGAGE-SECURED claim in the amount of $29,861.99 Principal and $0.00 Interest .

As a GAP PAYMENTS claim in the amount of $621.70 Principal and $173.84 Interest .

As a POSTPETITION MORTGAGE FEES claim in the amount of $54.26 Principal and $0.00 Interest .

Note: The Trustee's objection does not inhibit the creditor's right to file a deficiency claim.

**WHEREFORE**, the Trustee prays the foregoing claim be allowed as set forth above.

Dated: August 21, 2020

/s/ W.H. Griffin

W.H. Griffin #8060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS  66205-2393
(913)677-1311
(913)432-7857(Fax)

**NOTICE WITH OPPORTUNITY FOR HEARING**

Any objection/response to the above motion must be filed within thirty (30) days of the date of this notice, August 21, 2020 with the Clerk of the United States Bankruptcy Court. Documents can be filed electronically at http://ecf.ksb.uscourts.gov. A copy of such objection/response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. If Debtors' counsel is not registered for electronic filing, you must serve the objection/response by mail. If an objection/response is timely filed, a hearing will be held before the US Bankruptcy Court at 500 State Ave, Room 151, Kansas City, KS 66101 on October 20, 2020 at 1:30 PM. If no response is filed on or before September 20, 2020, an exparte order will be entered. For information about electronic filing go to www.ksb.uscourts.gov.

/s/ W.H. Griffin
_____
W.H. Griffin #8060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS  66205-2393
(913)677-1311
(913)432-7857(Fax)

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that the Debtors,  Debtors' attorney, and the Creditor will be served either electronically or via U.S. Mail.

/s/ W.H. Griffin
_____
W.H. Griffin #8060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS  66205-2393
(913)677-1311
(913)432-7857(Fax)

Dennis Jordan Autry, Jr.　　　　　　SN Servicing
Darlene Elizabeth Autry　　　　　　PO Box 660820
634 East Bluebird Street　　　　　　Dallas, TX  75266-0820
Gardner, KS  66030